UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANSING GLAZIERS LOCAL 826
PENSION AND HEALTH AND WELFARE
TRUST FUNDS,

        Plaintiffs,

vs.

        Case No. 09-CV-13301
        HON. GEORGE CARAM STEEH

FLINT GLASS SERVICE, L.L.C..

        Defendant.
_____/

## ORDER DISMISSING JANUARY 14, 2010 ORDER TO SHOW CAUSE (# 6)

Plaintiffs Trust Funds were ordered to show cause by January 29, 2010 why their claims should not be dismissed for lack of prosecution. Plaintiffs filed a "Consent for Filing of Notice of Settlement" on January 29, 2010, advising the court that a settlement has been reached, and that the parties will be filing a proposed judgment within 45 days resolving all issues in this case.

Plaintiffs have shown cause why their claims should not be dismissed at this time for failure to prosecute. Plaintiffs are forewarned that their claims may be subject to dismissal without prejudice if a proposed judgment is not filed with this court within 45 days as indicated in the "Notice of Settlement" filed on January 29, 2010 (# 7-2).

IT IS ORDERED that the court's January 29, 2010 show cause order is hereby DISMISSED, without prejudice.

SO ORDERED.

Dated: February 2, 2010

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 2, 2010, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk